| | |
|---|---|
| Rosemary M. Rivas (State Bar No. 209147)<br>Email: rrivas@zlk.com<br>**LEVI & KORSINSKY, LLP**<br>44 Montgomery Street, Suite 650<br>San Francisco, California 94104<br>Telephone: (415) 291-2420<br>Facsimile: (415) 484-1294 | |
| Donald J. Enright (admitted *pro hac vice*)<br>Email: denright@zlk.com<br>**LEVI & KORSINSKY, LLP**<br>1101 30th St., NW, Ste. 115<br>Washington, DC 20007<br>Telephone: (202) 524-4292<br>Facsimile: (202) 333-2121 | Paul Jasper (State Bar no. 200138)<br>Email: paul.jasper@rimonlaw.com<br>**RIMON, P.C.**<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111<br>Telephone: (415) 683-5472<br>Facsimile: (415) 870-4296 |
| Eduard Korsinsky (to be admitted *pro hac vice*)<br>Email: ek@zlk.com<br>**LEVI & KORSINSKY, LLP**<br>30 Broad Street, 24th Floor<br>New York, New York 10004<br>Telephone: (212) 363-7500<br>Facsimile: (212) 636-7171 | *Attorneys for Defendants*<br>*Justin Harkema and Crypto Media Group LLC* |

*Attorneys for Lead Plaintiff Jon Holland*
*and Plaintiff Astley Davy*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JON HOLLAND and ASTLEY DAVY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PARAGON COIN, INC., JESSICA VERSTEEG, EGOR LAVROV, EUGENE "CHUCK" BOGORAD, ALEX EMELICHEV, GARETH RHODES, DAVID KALUSTOV, JAYCEON TERRELL TAYLOR A/K/A/ "THE GAME," JUSTIN HARKEMA, and CRYPTO MEDIA GROUP LLC,<br><br>Defendants. | Case No. 4:18-cv-00671-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL WITHOUT PREJUDICE AS TO JUSTIN HARKEMA AND CRYPTO MEDIA GROUP LLC**<br><br>Judge:     Hon. Jeffrey S. White |

Lead Plaintiff Jon Holland ("Holland") and Plaintiff Astley Davy ("Plaintiff," and together with Holland, "Plaintiffs") and Defendants Justin Harkema ("Harkema") and Crypto Media Group LLC ("Crypto Media," and together with Harkema, "Defendants," and collectively with Plaintiffs, the "Parties") stipulate as follows:

WHEREAS, Plaintiffs filed their First Amended Class Action for Violation of Sections 12(a)(1) and 15(a) of the Securities Act of 1933 (the "Complaint") in the above-captioned action (the "Action") on June 22, 2018 (Dkt. No. 44);

WHEREAS, Defendants have not filed a response to the Complaint nor appeared in the Action and deny any liability as to all claims stated in the Complaint; and

WHEREAS, based on new evidence provided by Defendants, Plaintiffs have agreed to dismiss Defendants from the Action without prejudice.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT**, by these Parties, through counsel, as follows:

1. The Action shall be dismissed without prejudice, solely as to defendants Harkema and Crypto Media Group LLC, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure; and

2. Each Party shall bear their own attorneys' fees, expenses, and costs.

Dated: July 11, 2018

| **LEVI & KORSINSKY, LLP** | **RIMON, P.C.** |
|---|---|
| */s/ Donald J. Enright* | */s/ Paul Jasper* |
| Donald J. Enright, admitted *pro hac vice* | Paul Jasper |
| Attorneys for Lead Plaintiff JON HOLLAND and Plaintiff ASTLEY DAVY | Attorneys for Defendants Justin Harkema and Crypto Media Group LLC |

**[PROPOSED] ORDER**

Based on the Stipulation submitted by the Parties, and good cause being shown therefore, the court hereby GRANTS the Parties' Stipulation. The Court hereby orders as follows:

1. The Action shall be dismissed without prejudice, solely as to Defendants Justin Harkema and Crypto Media Group LLC, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

2. Each Party shall bear its own attorneys' fees, expenses and costs.

**IT IS SO ORDERED.**

Dated: July  16 , 2018

_____
Hon. Jeffrey S. White
United States District Court Judge