UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTLEY DAVY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PARAGON COIN, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-00671-JSW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 100, 131 |

This matter is scheduled for is set for an initial case management conference on November 22, 2019. The case management conference initially was scheduled for November 1, 2019, but it was continued by stipulation to November 22, 2019. The parties' joint case management statement would have been due on November 15, 2019. To date, the parties have not filed a joint case management conference statement. Accordingly, the parties are HEREBY ORDERED TO SHOW CAUSE in writing by November 27, 2019, why the Court should not impose monetary sanctions in the amount of $250.00 for their failure to comply with the deadline to file a joint case management conference statement.

**IT IS SO ORDERED.**

Dated: November 19, 2019

_____
JEFFREY S. WHITE
United States District Judge