Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
Rosanne L. Mah (State Bar No. 242628)
Email: rmah@zlk.com
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Donald J. Enright (admitted *pro hac vice*)
Email: denright@zlk.com
**LEVI & KORSINSKY, LLP**
1101 30th St., NW, Ste. 115
Washington, DC 20007
Telephone: (202) 524-4292
Facsimile: (212) 363-7171

Eduard Korsinsky (to be admitted *pro hac vice*)
Email: ek@zlk.com
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Attorneys for Lead Plaintiff Jon Holland
and Plaintiff Astley Davy*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JON HOLLAND and ASTLEY DAVY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PARAGON COIN, INC., JESSICA VERSTEEG, EGOR LAVROV, BLACK RABBIT HOLDINGS, EUGENE "CHUCK" BOGORAD, ALEX EMELICHEV, GARETH RHODES, VADYM KURYLOVICH, AND JAYCEON TERRELL TAYLOR A/K/A/ "THE GAME",<br><br>Defendants. | Case No. 4:18-cv-00671-JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' PROPOSED CLASS NOTICE PLAN<br><br>Judge: Hon. Jeffrey S. White<br>Crtrm.: 5, 2nd Floor |

The Court has received and considered Plaintiff's supplemental brief regarding their Class Notice Plan.

Having reviewed Plaintiffs' Proposed Class Notice Plan, and proposed Notice and Summary Notice attached thereto, this Court hereby **ORDERS** as follows:

1. Plaintiffs' Proposed Class Notice Plan is **GRANTED** as follows: Plaintiffs shall have 20 days from the entry of this Order to cause to be published the Summary Notice to be published on Newsfile, and a link to the Notice to be embedded in a news article concerning Paragon Coin on coindesk.com. Plaintiffs shall also cause to be posted a link to the Summary Notice on www.reddit.com/r/paragoncoin and www.reddit.com/r/cryptocyurrency within 20 days from the entry of this Order. The Summary Notice shall direct the reader to the full Notice, which is to be posted and publicly available for viewing on the website of Levi & Korsinsky, LLP within 20 days of the entry of this Order. The Notice shall be posted for at least as long as the period to opt-out of the Class.

2. Plaintiffs' Notice and Summary Notice are hereby **APPROVED** as to form. The Court also adopts Plaintiffs' proposed deadline for class members to opt-out of the Class.  (See Dkt. No. 165.)

**IT IS SO ORDERED**

Dated: August 13, 2020

_____
Honorable Jeffrey S. White
United States District Court Judge