UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTLEY DAVY, et al.,<br><br>                   Plaintiffs,<br><br>        v.<br><br>PARAGON COIN, INC., et al.,<br><br>                   Defendants. | Case No. 18-cv-00671-JSW<br><br>**ORDER TO SHOW CAUSE RE PRO HAC VICE APPEARANCES**<br><br>Re: Dkt. No. 179 |

On February 8, 2021, the Court issued an Order regarding Plaintiffs' notice of withdrawal of counsel, which advised Plaintiffs' current counsel that if they sought to continue to appear *pro hac vice*, they were required to submit revised applications that identify local counsel. To date Plaintiffs' counsel have taken no action in response to that Order. Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why the Court should not revoke the *pro hac vice* applications of Donald J. Enright and Eduard Korinsky. Plaintiffs' response to this Order to Show Cause shall be due by March 9, 2021. If Plaintiffs submit revised applications before that date, the Court shall discharge the Order to Show Cause without further action.

**IT IS SO ORDERED.**

Dated: March 2, 2021

JEFFREY S. WHITE
United States District Judge