Donald J. Enright (admitted *pro hac vice*)
Email: denright@zlk.com
**LEVI & KORSINSKY, LLP**
1101 30th St., NW, Ste. 115
Washington, DC 20007
Telephone: (202) 524-4292
Facsimile: (212) 363-7171

Eduard Korsinsky (to be admitted *pro hac vice*)
Email: ek@zlk.com
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Attorneys for Plaintiffs Jon Holland,
Astley Davy, and the Class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JON HOLLAND and ASTLEY DAVY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PARAGON COIN, INC., JESSICA VERSTEEG, EGOR LAVROV, BLACK RABBIT HOLDINGS, EUGENE "CHUCK" BOGORAD, ALEX EMELICHEV, GARETH RHODES, VADYM KURYLOVICH, AND JAYCEON TERRELL TAYLOR A/K/A/ "THE GAME",<br><br>Defendants. | Case No. 4:18-cv-00671-JSW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br>Judge: Hon. Jeffrey S. White<br>Crtrm.: 5, 2nd Floor |

Upon consideration of the evidence and arguments submitted by Lead Plaintiff Jon Holland and Plaintiff Astley Davy in their Motions for Default Judgment (Dkt Nos. 172, 189), and this Court's Orders Granting Plaintiffs' Motions for Default Judgment (Dkt. Nos. 185, 190), and Plaintiffs' Motion for Final Judgment and all arguments and authorities cited therein, it is hereby:

**ORDERED**, that final judgment is entered against Defendants Paragon Coin Inc., Jessica VerSteeg, Egor Lavrov, Eugene "Chuck" Bogorad, Alex Emelichev, Gareth Rhodes, and Jayceon Terrell Taylor A/K/A/ "The Game" (the "Defaulting Defendants").

**ORDERED**, that, pursuant to Sections 12(a)(1-2) and 15(a) of the Securities Act of 1933 (15 U.S.C. 77l(a) & 77o(a)), the Court has ordered that each of the Defaulting Defendants shall be jointly and severally liable to Plaintiffs and the Class for damages in the amount of $12,066,000 (the "Damages Figure");

**ORDERED** that, including pre-judgment interest per 28 U.S. § 1961, the total figure for which the Defaulting Defendants are liable is $12,101,768.10 (the "Total Damages Figure"), plus post-judgment interest at the rate of 0.08% per annum, computed daily from today's date to the date of payment and compounded annually, along with costs;

**ORDERED**, that Final Judgment is hereby entered against the Defaulting Defendants on a joint-and-several basis in the amount of the Total Damages Figure, $12,101,768.10 plus post-judgment interest;

**ORDERED**, that as damages here are for a "sum certain," pursuant to Rule 58(a) and Rule 58(b)(1)(B) of the Federal Rules of Civil Procedure, the Clerk of the Court is to enter the Form AO 450 for the Total Damages Figure; $12,101,768.10;

**ORDERED**, that pursuant to Rule 23(h)(1) of the Federal Rules of Civil Procedure, Lead Counsel are to file their motion for attorney's fees and expenses contemporaneously with any future request to distribute recovered funds from the Total Damages Figure to the Class; and

**ORDERED** that, for purposes of Rule 4(a)(1)(A) and Rule 4(a)(7)(A)(ii) of the Federal Rules of Appellate Procedure, Judgment will be deemed entered for purposes of any notice of appeal from when this Final Judgment is entered on a Form AO 450, per Rule 58 of the Federal Rules of Civil Procedure.

2
[PROPOSED] FINAL JUDGMENT

**IT IS SO ORDERED**

Dated: _____

Honorable Jeffrey S. White

United States District Judge