UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTLEY DAVY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PARAGON COIN, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-00671-JSW<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Orders granting Plaintiffs' motions for default judgment, it is HEREBY ORDERED that final judgment is entered against Defendants Paragon Coin Inc., Jessica VerSteeg, Egor Lavrov, Eugene "Chuck" Bogorad, Alex Emelichev, Gareth Rhodes, and Jayceon Terrell Taylor A/K/A/ "The Game".  Pursuant to Sections 12(a)(1-2) and 15(a) of the Securities Act of 1933 (15 U.S.C. 77l(a) & 77o(a)), each of the Defaulting Defendants shall be jointly and severally liable to Plaintiffs and the Class for damages in the amount of $12,066,000 (the "Damages Figure").  It is FURTHER ORDERED that including pre-judgment interest per 28 U.S. section 1961, the total figure for which the Defaulting Defendants are liable is $12,101,768.10 (the "Total Damages Figure"), plus post-judgment interest at the rate of 0.08% per annum, computed daily from the date of this Order to the date of payment and compounded annually, along with costs.

**IT IS SO ORDERED AND ADJUDGED**.

Dated:  July 1, 2021

_____
JEFFREY S. WHITE
United States District Judge